UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-mj-8114-BER

UNITED STATES OF AMERICA,

V.

ANDRE ALEXANDER PINO,

    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Mills Maynard)?

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?

3. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?

4. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?

    Respectfully submitted,

    HAYDEN P O'BYRNE
    UNITED STATES ATTORNEY

By:    *s/Gregory Schiller*
    Gregory Schiller
    Assistant United States Attorney
    Florida Bar No. 0648477
    500 S. Australian Ave., Suite 400
    West Palm Beach, FL 33401
    Email: gregory.schiller@usdoj.gov

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  25-mj-8114-BER |
| ANDRE ALEXANDER PINO, | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  January 20-24, 2024  in the county of  Palm Beach  in the  Southern  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) & (b)(1) | Distribution of Child Pornography |

FILED BY ___TM___ D.C.

*Feb 26, 2025*

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

This criminal complaint is based on these facts:
See attached Affidavit incorporated herein by reference sworn to by HSI Task Force Officer Malory Wildove.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

HSI Task Force Officer Malory Wildove
*Printed name and title*

Subscribed and sworn to before me in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (FaceTime).

Date:  02/26/2025

_____
*Judge's signature*

City and state:  West Palm Beach, Florida         United States Magistrate Judge Bruce E. Reinhart
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

### I. AFFIANT'S BACKGROUND

I, Malory Wildove, having been first duly sworn, do hereby depose and state as follows:

1. I am a duly appointed Deputy Sheriff for Palm Beach County and have all the powers of a law enforcement officer in and for Palm Beach County, Florida. I have been employed with the Palm Beach County Sheriff's Office continuously since August 2014. Prior to working for the Palm Beach County Sheriff's Office, I was employed as a Probation and Parole Officer with the Florida Department of Corrections from 2010 to 2013. Prior to becoming a Probation Officer, I was employed by the Florida Department of Corrections as a Probation and Parole Specialist from the year to 2008 to 2010. I am currently registered with and certified by the Florida Department of Law Enforcement, Criminal Justice Standards and Training Commission. I am a graduate of University of South Florida with a Bachelor of Science degree in Criminology and Master of Science degree in Criminal Justice Administration. In July 2016, I was promoted as a detective to the Special Investigations Division - Crimes Against Children Unit, which investigates Sex Crimes, Crimes Against Children, Child Homicides, Crimes Against the Elderly, and Missing Persons. As of November 2016, I am now assigned to the Special Investigations Division - Cybercrimes Unit, and am a member of the L.E.A.C.H. (Law Enforcement against Child Harm) Taskforce, and the I.C.A.C. (Internet Crimes Against Children) Taskforce.

2. I am also a Task Force Officer for the United States Department of Homeland Security since 2021. I have completed numerous hours of training related to law enforcement including, but not limited to: 822 Hours of Basic Law Enforcement Training, Crimes Against Children Investigations, Sex Crimes Investigations, Street Survival, Interviews and Interrogations, Interview and Understanding Sexual Deviant Behavior, Reid Interview and Interrogation

Technique, Investigative Techniques (ICAC), Responding to Cases of Sexual Assault, Undercover Concepts (ICAC), Human Trafficking Investigations, Internet Crimes Against Crimes Against Children Conferences for the years 2017, 2018, 2019, 2022 and 2024, Dark Web Investigations, Advanced Child Exploitation training with the U.S. Department of Homeland Security and 465 hours in the Probation Officer Training Academy.

3. As an HSI Task Force Officer, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt, and possession of child pornography, and enticement of minors, in violation of 18 U.S.C. §§ 2251, 2252A and 2422. I have participated in the service of numerous search warrants involving child exploitation and/or child pornography offenses and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in various forms of media. As an HSI Task Force Officer, I am authorized to investigate violations of laws of the United States, and I am a law enforcement officer with the authority to execute warrants issued under the authority of the United States. In preparation of this affidavit, I have discussed the facts of this case with other law enforcement agents and officers within HSI.

4. Based on the information set forth in this affidavit, there is probable cause to believe that on or about January 20-24, 2024, ANDRE ALEXANDER PINO knowingly distribute child pornography, in violation of 18 U.S.C. § 2252A(a)(2) and (b)(1).

5. Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known concerning this investigation. I have included only those facts and circumstances that I believe are sufficient to establish probable cause for the issuance of the requested search warrant.

6.      The statements contained in this affidavit are based upon my investigation, information provided by other sworn law enforcement officers and other personnel specially trained in the seizure and analysis of computers and electronic mobile devices and electronic storage devices, and on my experience and training as a federal agent.

**PROBABLE CAUSE**

7.      In early 2023, a Homeland Security Investigations Task Force Officer, located continuously in Palm Beach County, in the Southern District of Florida, acted in an undercover capacity (hereinafter referred to as "the UC") online in the mobile messaging application "Kik" to detect and investigate violations of federal law related to the sexual exploitation of children. The UC assumed the persona of a 38-year-old female with a 3-year-old notional son ("Child 1"). The UC was monitoring numerous chatrooms created for individuals to discuss their interests in "taboo" sex, family incest, child pornography, and the like. At all times referenced herein, the UC was located within the Southern District of Florida.

8.      On May 8, 2023, while the UC was online in the Kik chatroom '#family..ddl', the UC observed username "dpino1979" post a message to the group, "Any curious moms with sons on? My PM's are open". The UC sent him the private message (or PM), "ASL?", inquiring of "dpino1979's" age, sex, and location. "dpino1979" indicated he was 43 years' old and asked if the UC had a son. The UC advised having a 3-year-old-son. "dpino1979" asked if the UC was active with him.

9.      On May 20, 2023, "Dpino1979" asked the UC: "does your son like when you rub his cock" and "have you sucked him." The UC explained she was not active with her son but thinking about becoming active. "Dpino1979" asked the UC, "What is he doing now?" The UC explained her son was asleep. "Dpino1979" stated, "Go to him" and "slide his pants and pull-ups

off." He also stated, "Fondle his cock lightly to see if he gets hard", "go ahead and suck on his cock lightly", and "you can also use his hand to touch you."

10. On May 29, 2023, "Dpino1979" asked," Have you sucked him while he is awake?" and stated, "Try that when the two of you get into bed, make it like a game." UC,"Hmmm a game?" "Dpino1979" replied, "Yes, just kinda petting and touching him and when he gets hard ask him if he would like to try a fun game and suck him."

11. On June 9, 2023, "Dpino1979", continued to provide the UC instructions on how the UC could actively abuse her child, including, "Encourage him to touch you everywhere and if he gets hard, give him positive encouragement" and "Try that when the two of you get into bed, make it like a game." The UC responded, "Hmmm, a game?" "Dpino1979" replied, "Yes, just kinda petting and touching him and when he gets hard ask him if he would like to try a fun game and suck him."

12. On May 21, 2023, "Dpino1979" informed the UC he was renovating his home and provided several pictures of the renovations. He also provided the UC 'selfie' images which evidenced "Dpino1979" in military uniform. "Dpino1979" indicated he was in the Marine Corps for 12 years and that he enjoyed shooting at the range.

13. On June 1, 2023, "Dpino1979" sent the UC more selfie images of himself, not in uniform. They were of a white male with brown hair and brown eyes. He also sent the UC several images of his tattoos: an alien creature on the left side of his chest, multiple tattoos on his back, and a joker tattoo on the side of his right calf. "Dpino1979" stated he had the following weapons, "45's, rifles, shotguns and revolvers."

14. On June 8, 2023, "Dpino1979" attempted opening his own chatroom where he made the UC the administrator of the room but no one joined the chatroom.

15. Kik responded to a subpoena for subscriber information for username, "Dpino1979". Kik provided the dates and times "Dpino1979" logged into his account as well as the IP addresses he utilized to access his account. "Dpino1979" used IP addresses 166.205.159.30 and 108.95.104.75 most frequently to log into the Kik account. Kik also provided the email address drepino1979@gmail.com associated with the "Dpino1979" account.

16. AT&T responded to a subpoena for subscriber information for IP address 108.95.104.75 utilized by "Dpino1979". With the following records

> **BILLING PARTY**
> **Account Number:** 312791200
> **Account Name:** ANDRE PINO
> **Billing Address:** 14311 SW 88TH ST APT A204, MIAMI, FL 33186-8076
> **Acct Creation:** 2021-04-12
> **Account Status:** Open
>
> **SERVICE INFORMATION**
> **Name:** ANDRE PINO
> **Service Address:** 14311 SW 88TH ST APT A-204, MIA, FL 33186-1195
> **Contact Phone:** (305) 505-7946
> **Contact Email:** ANDREPINO@AOL.COM
> **IP Address Start Date (UTC) End Date (UTC)** 108.95.104.75 03/24/2023 02:17 PM to Present

17. In January of 2024, the UC created a chatroom within "Kik", hereinafter referred to as "Chatroom A". Chatroom A did not have rules or requirements only that the room was for likeminded people and a judgement free area to chat with others. In late January of 2024, based upon the aforementioned communication, the UC invited "Dpino1979" into Chatroom A. After joining Chatroom A, "Dpino1979" posted child sexual abuse material and made comments on the child sexual abuse material that other members posted into the chatroom. The UC did not ask or encourage "Dpino1979" to distribute any material.

18. On January 20, 2024 at approximately 8:49am "Dpino1979" joined the room and stated, "Good Morning Everyone." Shortly after "Dpino1979" entered the room another user

posted a video of a prepubescent nude girl masturbating with the end of a hairbrush, an image of a nude prepubescent girl bending over and exposing her anus and vagina for the camera, and another video of an individual masturbating a prepubescent male with their hand. "Dpino1979" responded, "Hot vids."

19.     At approximately 10:46am on January 20, 2024,"Dpino1979" posted a video of an adult female engaged in sexual intercourse with a minor-aged boy. "Dpino1979" also posted a video of an adult female performing oral sex on a prepubescent boy. Just before 1:00pm on the same date, "Dpino1979" posted a video; from the preview image of this video, the UC observed an adult female engaged in sex with a minor female.

20.     On January 22, 2024, at approximately 11:40am, "Dpino1979" messaged the members of Chatroom A, "Any curious Mom's with sons on? Message me." He then posted a video that the UC could not view. At 2:49pm on the same date, another member of the chatroom posted an image of an adult female performing oral sex on a minor male, "Dpino1979" responded, "Hot."

21.     On January 23, 2024, a member of the group posted a video of a pubescent female performing oral sex on a prepubescent male. "Dpino1979" responded, "Hot video." Another member posted two videos of two different prepubescent females performing oral sex on adult males, to which again "Dpino1979" responded, "Hot."

22.     On January 24, 2024 at 10:21am, "Dpino1979" posted a video of an adult female engaged in sexual intercourse with a prepubescent male, aged approximately 9 to 11 years.

23.     In January 2025, Google responded to a subpoena for basic subscriber information for the email address drepino1979@gmail.com. Google indicated the email account had a recovery e-mail address of andrepino@aol.com, the same email address found in the AT&T records above.

Google also indicated the account utilized the aforementioned AT&T IP address 108.95.104.75 to login to Google between May and November 2024, as far back as the records went.

24. Separate from this investigation, on or about November 28, 2023, the National Center for Missing and Exploited Children (NCMEC) issued a CyberTip to the South Florida Internet Crimes Against Child Task Force (of which the UC's agency is a member). The CyberTip was reported by Kik in reference to account under "dpinto1979" uploading two media files in October 2023, which depicted child sexual abuse material. Kik provided the email address on the account was drepino1979@gmail.com, and the upload occurred from IP Address: 108.95.104.75. One video file depicted an approximately 10 to 12-year-old male, engaged in sexual intercourse with an adult female. The other was of a prepubescent female engaging in oral sex and penial-vaginal sex with a prepubescent male; both appear to be approximately 9 to 10 years of age.

25. On January 31, 2025, law enforcement conducted surveillance at 14311 SW 88th Street, Apt. 204, Miami, FL 33186. Andre Alexander PINO was observed sitting on his back patio smoking a cigarette. In addition, two of his vehicles were observed in the parking lot. PINO matched the images "Dpino1979" sent to the UC.

26. On February 18, 2025, a Federal United States Magistrate Judge approved a residential search warrant for PINO's residence located at 14311 SW 88th St., Apt A204, Miami, FL 33186. The same was executed on February 26, 2025. Contact was made with PINO.

27. Post-*Miranda*, PINO admitted Kik account "Dpino1979" belonged to him. He admitted to having the aforementioned conversation with the UC, but offered that it was "fantasy" even though he admitted "fantasy" and "role play" was never discussed.

28. PINO further admitted that he distributed child pornography, more appropriately referred to as child sexual abuse material or CSAM within the Kik application. PINO offered that

he would copy the videos from other chatrooms within Kik and repost them. PINO stated he posted to stay "active" in the chat rooms.

29. PINO confirmed his email address is andrepino@aol.com which was the same provided by AT&T and Google.

30. PINO stated he utilizes his Samsung Galaxy Z Fold5 cell phone, serial number RFCX119YNAN, to access his chat applications. PINO stated no one else has access to his phone. PINO provided the phone number to his phone as 305-505-7946 and the passcode. The forensic examination of PINO's cell phone is ongoing.

## CONCLUSION

31. Based upon the information provided above, I respectfully submit that on or about January 20-24, 2024, ANDRE ALEXANDER PINO did knowingly distribute child pornography, in violation of 18 U.S.C. § 2252A(a)(2) and (b)(1).

*FURTHER YOUR AFFIANT SAYETH NAUGHT.*

_____
Malory Wildove, Task Force Officer
Homeland Security Investigations

Sworn and Attested to me by Applicant by Telephone (FaceTime) per Fed.R.Crim.P. and 4.1. on February ____, 2025.

Digitally signed by Bruce Reinhart
Date: 2025.02.26 14:40:48 -05'00'

_____
THE HONORABLE BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:   ANDRE ALEXANDER PINO

 **Case No**:    25-mj-8114-BER

Count #1:

Distribution of Child Pornography

18 U.S.C. § 2252A(a)(2) and (b)(1)
* **Max. Term of Imprisonment:** 20 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 years
* **Max. Supervised Release:** Life (mandatory minimum term of 5 years)
* **Max. Fine:** $250,000 fine and a $5,000 special assessment

*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 25-mj-8114-BER

**BOND RECOMMENDATION**

DEFENDANT:   ANDRE ALEXANDER PINO

　　　　　　　Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: *Gregory Schiller*
　　AUSA:   Gregory Schiller

Last Known Address:   t

What Facility:

Agent(s):   HSI Task Force Officer Malory Wildove
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE) (**OTHER**)